JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE ALBERTO HERNANDEZ, | ) | Case No. CV 14-2881-JAK(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R.E. BARNES, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied, and this action is dismissed with prejudice.

Dated: August 18, 2016

_____
John A. Kronstadt
United States District Judge